Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: JGWent@hollandhart.com
        SRGambee@hollandhart.com

*Attorneys for Defendant Synchrony Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kamaliha Brewster,<br><br>              Plaintiff,<br><br>       vs.<br><br>Citicorp North America, Inc., Synchrony Lending Inc., Trans Union, LLC and Equifax Information Services, LLC,<br><br>              Defendants. | Case No. 2:18-cv-01730<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

COME NOW Plaintiff Kamaliha Brewster ("Plaintiff") and Defendant Synchrony Bank (erroneously sued as "Synchrony Lending Inc.") ("Synchrony"), by counsel and pursuant to Local Rule 6-1, and stipulate as follows:

**STIPULATION**

1.     On September 9, 2018, Plaintiff filed a Complaint with this Court [ECF No. 1].

2.     Synchrony was served with the Complaint on September 14, 2018.

3.     Synchrony's response to the Complaint is due by October 5, 2018.

4.     The Parties continue to engage in preliminary discussions in this matter. In order to explore the possibility of early resolution, Synchrony desires an extension until October 26, 2018, to file a response to the Complaint.

5.     Counsel for Synchrony conferred with counsel for Plaintiff regarding this Stipulation. Counsel for Plaintiff agrees to the requested extension.

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

1    6.    This Stipulation is filed in good faith and not for dilatory or other improper

2 purpose.    Plaintiff would not suffer any prejudice by the Court permitting Synchrony the

3 requested extension of time and has consented to the requested extension.

4    7.    This is the first request for extension of time for Synchrony to respond to the

5 Complaint.

6

7 DATED: October 5, 2018.                      DATED: October 5, 2018.

8

9 */s/ Sydney R. Gambee*                        */s/ Michael Kind*
  Sydney R. Gambee, Esq.                        Michael Kind, Esq. (NV Bar No. 13903)
  (NV Bar No. 14201)                            Kazerouni Law Group, APC
10 Holland & Hart LLP                           6069 South Fort Apache Road, Suite 100
  9555 Hillwood Drive, 2nd Floor                Las Vegas, NV 89148
11 Las Vegas, NV 89134

12 *Counsel for Defendant Synchrony Bank*       *Counsel for Plaintiff Kamaliha Brewster*

13

14

15                                              **ORDER**

16

17                                              **IT IS SO ORDERED.**

18                                              _____

19                                              UNITED STATES MAGISTRATE JUDGE

20                                                      October 11, 2018
                                                DATED:_____

21

22

23

24

25

26

27

28