Joel Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
demareel@ballardspahr.com

*Attorneys for Defendant Citicorp North America, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Kamaliha Brewster,<br><br>    Plaintiff,<br><br>v.<br><br>Citicorp North America, Inc., Synchrony Lending Inc., Trans Union, LLC and Equifax Information Services LLC,<br><br>    Defendants. | CASE NO. 2:18-cv-01730-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CITICORP NORTH AMERICA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Plaintiff Kamiliha Brewster and defendant Citicorp North America, Inc. ("Citicorp") stipulate and agree that Citicorp may have up to and including October 25, 2018 to respond to plaintiff's complaint (ECF No. 1), to provide time (i) for the parties to investigate plaintiff's allegations and discuss the potential for an early resolution, and (ii) if needed, for Citicorp to prepare a response.[1]

*[Continued on following page.]*

---

[1] By filing this stipulation, Citicorp does not waive any defense, affirmative or otherwise, that it may have in this matter.

Citicorp's response currently is due on October 11, 2018. This is the parties' first request to extend this deadline, and it is made in good faith and not for purposes of delay.

Dated this 11th day of October, 2018.

| KAZEROUNI LAW GROUP, APC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>6069 South Fort Apache Road, Suite 100<br>Las Vegas, NV 89148<br><br>*Attorney for Plaintiff* | By: /s/ Lindsay Demaree<br>Joel Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant Citicorp North America, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 11, 2018

# CERTIFICATE OF SERVICE

I certify that on October 11, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR CITICORP NORTH AMERICA, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest:

Michael Kind, Esq.
Kazerouni Law Group, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
mkind@kazlg.com
*Counsel for Plaintiff*

Joseph G. Went
Sydney Gambee
Holland & Hart LLP
9555 Hillwood Drive
Second Floor
Las Vegas, NV 89131
jgwent@hollandhart.com
srgambee@hollandhart.com
*Counsel for Synchrony Lending, Inc.*

Jason Revzin
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Blvd.
Suite 600
Las Vegas, NV 89118
jason.revzin@lewisbrisbois.com
*Counsel for Trans Union, LLC*

Bradley T Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
baustin@swlaw.com
*Counsel for Equifax Information Services, Inc.*

                        /s/ Mary Kay Carlton
                        An Employee of Ballard Spahr LLP