Joseph G. Went, Esq.
Nevada Bar No. 9220
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: JGWent@hollandhart.com
SRGambee@hollandhart.com

*Attorneys for Defendant Synchrony Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kamaliha Brewster,<br><br>          Plaintiff,<br><br>vs.<br><br>Citicorp North America, Inc., Synchrony Lending Inc., Trans Union, LLC and Equifax Information Services, LLC,<br><br>          Defendants. | Case No. 2:18-cv-01730<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

COME NOW Plaintiff Kamaliha Brewster ("Plaintiff") and Defendant Synchrony Bank (erroneously sued as "Synchrony Lending Inc.") ("Synchrony"), by counsel and pursuant to Local Rule 6-1, and stipulate as follows:

**STIPULATION**

1. On September 9, 2018, Plaintiff filed a Complaint with this Court [ECF No. 1].

2. Synchrony was served with the Complaint on September 14, 2018.

3. Synchrony's response to the Complaint was originally due by October 5, 2018.

4. On October 5, 2018, the parties filed a Stipulation and Order to Extend Time to Respond to Complaint. [ECF No. 8].

5. On October 11, 2018, the Court issued an Order, granting Synchrony an extension until October 26, 2018 to file a response to the Complaint. [ECF No. 15].

6. The Parties continue to engage in preliminary discussions in this matter. In order to further explore the possibility of an early resolution, Synchrony desires an extension until November 16, 2018, to file a response to the Complaint.

7. Counsel for Synchrony conferred with counsel for Plaintiff regarding this Stipulation. Counsel for Plaintiff agrees to the requested extension.

8. This Stipulation is filed in good faith and not for dilatory or other improper purpose. Plaintiff would not suffer any prejudice by the Court permitting Synchrony the requested extension of time and has consented to the requested extension.

9. This is the second request for extension of time for Synchrony to respond to the Complaint.

DATED: October 26, 2018.

*/s/ Sydney R. Gambee*
Sydney R. Gambee, Esq. (NV Bar No. 14201)
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Counsel for Defendant Synchrony Bank*

DATED: October 26, 2018.

*/s/ Michael Kind*
Michael Kind, Esq. (NV Bar No. 13903)
Kazerouni Law Group, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148

*Counsel for Plaintiff Kamaliha Brewster*

IT IS SO ORDERED.

DATED: Oct 31, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE