Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com
*Attorneys for Plaintiff Kamaliha Brewster*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Kamaliha Brewster,<br><br>      Plaintiff,<br><br>v.<br><br>Citicorp North America, Inc., Synchrony Lending Inc., Trans Union, LLC and Equifax Information Services LLC,<br><br>      Defendants. | Case No. 2:18-cv-01730-JAD-CWH<br><br>ECF No. 31 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Kamaliha Brewster ("Plaintiff") and Citicorp North America, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 26th day of December 2018.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**BALLARD SPAHR LLP**

By:  /s/ Lindsay C Demaree
Joel Edward Tasca, Esq.
Lindsay C Demaree, Esq.
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
*Attorneys for Citicorp North America, Inc.*

**ORDER**

Based on the stipulation between plaintiff and Citicorp North America **[ECF No. 31]**, which I construe as a joint motion under Local Rule 7-1(c) because it was signed by fewer than all the parties or their attorneys, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST DEFENDANT CITICORP NORTH AMERICA, INC. are DISMISSED with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 28, 2018